**IT IS ORDERED as set forth below:**

**Date: July 23, 2019**

*Wendy L. Hagenau*
_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MELANIE LAWSON CLARK | : | CASE NO.  A19-57013-WLH |
| DEBTOR | : | |

### ORDER DISMISSING CASE WITH PREJUDICE

On July 17, 2019 at 1:30 p.m., the Court held a hearing on the Chapter 13 Trustee's Motion to Dismiss Case with Prejudice.  The Trustee filed Objections to Confirmation of the Debtor's plan and a Motion to Dismiss with Prejudice. The Trustee filed a Certificate of Service showing service of the Motion and a Notice of Hearing on the Debtor. Present at the hearing was Counsel for the Chapter 13 Trustee.  Based upon review of the record **IT IS HEREBY,**

**ORDERED** that this case is dismissed with prejudice. Pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to be a Debtor in a case under Chapter 13 of Title 11 of the United States Code for a period of 180 days from the entry of this Order.

      The Clerk of the Court is directed to serve this Order on the parties included on the attached Distribution List.

## END OF DOCUMENT

Presented By:

/s/
Ryan J. Williams,
Attorney for Chapter 13 Trustee
GA Bar No. 940874
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

## DISTRIBUTION LIST

Case Number **A19-57013-WLH**

Melanie Lawson Clark
5313 Redfield Road
Atlanta, GA 30338

Galler Law, LLC
P. O. Box 2118
Roswell, GA 30077

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303

(*ALL CREDITORS LISTED ON MAILING MATRIX*)

```
Label Matrix for local noticing        Bradford Clark                          Melanie Lawson Clark
113E-1                                 5313 Redfield Road                      5313 Redfield Road
Case 19-57013-wlh                      Atlanta, GA 30338-3723                  Atlanta, GA 30338-3723
Northern District of Georgia
Atlanta
Tue Jul 23 09:23:44 EDT 2019

Deutsche Bank Trust Company Americas   David E. Galler                         (p)GEORGIA DEPARTMENT OF REVENUE
c/o PHH Mortgage Corporation           Galler Law, LLC                         COMPLIANCE DIVISION
1Mortgage Way, Mail stop SV-22         P. O. Box 2118                          ARCS BANKRUPTCY
Mt. Laurel, NJ 08054-4637              Roswell, GA 30077-2118                  1800 CENTURY BLVD NE SUITE 9100
                                                                               ATLANTA GA 30345-3202

Radha E. Gordon                        (p)INTERNAL REVENUE SERVICE             Maria C. Joyner
Aldridge Pite, LLP                     CENTRALIZED INSOLVENCY OPERATIONS       Nancy J. Whaley,
Suite 500, Fifteen Piedmont Center     PO BOX 7346                             Standing Chapter 13 Trustee
3575 Piedmont Road, N.E.               PHILADELPHIA PA 19101-7346              Suite 120
Atlanta, GA 30305-1636                                                         303 Peachtree Center Avenue
                                                                               Atlanta, GA 30303-1286

Ocwen Loan Servicing, LLC              United States Attorney                  Weissman, PC
PO Box 24738                           Northern District of Georgia            One Aliiance Center, 4th Floor
West Palm Beach, FL 33416-4738         75 Ted Turner Drive SW, Suite 600       3500 Lenox Road
                                       Atlanta GA 30303-3309                   Atlanta, GA 30326-4228


Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue          Internal Revenue Service
ATTN: Bankruptcy Department            401 West Peachtree Street
1800 Century Blvd., N.E.               M/S 334-D
Atlanta, GA 30345-0000                 Atlanta, GA 30308-3539
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Deutsche Bank National Trust Company Ameri    (u)PHH Mortgage Corporation         End of Label Matrix
                                                                                     Mailable recipients    12
                                                                                     Bypassed recipients     2
                                                                                     Total                  14
```